**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

|  |  |  |
|---|---|---|
| | ) | |
| Scott A. Milliman, Sr., | ) | |
| Plaintiff, | ) | Case No: 11 cv 50361 |
| | ) | |
| v. | ) | |
| | ) | Magistrate Judge: Iain D. Johnston |
| McHenry County et al, | ) | |
| Defendants. | ) | |

## ORDER

      Motion and status hearing held on 6/11/2015.   Defendant Prim's request to appear telephonically at today's motion hearing is denied.   Plaintiff's motion for leave to identify a substitute expert [127] is granted, conditioned upon the payment of reasonable fees and costs as discussed below.   Plaintiff's substitute expert report is due 7/3/2015.   The deadline to depose plaintiff's expert is reserved.   Defendants' request to depose plaintiff's former expert, Dr. Jaffe, is denied, but defendants are given leave to serve 10 requests to admit on plaintiff as explained in open court.   Additionally, in granting plaintiff's motion [127], it is the Court's Report and Recommendation that Defendants' be reimbursed for reasonable attorney's fees and costs expended in the preparation for Dr. Jaffe's deposition, as requested by defendants in their response [129] to plaintiff's motion.   Any objection to this Report and Recommendation is due by June 29, 2015.   Also by 6/29/2015, defendants shall file a petition for fees and costs incurred while preparing for Dr. Jaffe's deposition, along with an affidavit and redacted billing records to support the petition.   An un-redacted version of the billing records shall be filed under seal for the Court's review.   By noon on 7/15/2015, plaintiff shall respond to the petition for fees or indicate any agreement or disagreement with the requested fees.   A Report and Recommendation as to the amount of fees and costs will issue at a later date after the Court reviews the submission and any objections to the request.   Telephonic status set for 7/16/2015 at 1:30 PM.   By 7/14/2015, counsel shall provide direct dial numbers for the hearing to the Court's operations specialist, who will initiate the call.

(:22)

Date:   June 11, 2015                              /s/ Iain D. Johnston